# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| VON ERIC PERSINGER | Case Number: 8:03-cr-345-T-24EAJ<br>USM Number: 41731-018 |
| | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _One -Twelve_ of the term of supervision.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct, Knowingly Driving While License Suspended or revoked, Occurring on December 5, 2007, while on supervision in violation of the conditions of supervision. | December 5, 2007 |
| 2. | New Conviction for conduct, Burglary of a Structure, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |
| 3. | New Conviction for conduct, Petit Theft, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |
| 4. | New Conviction for conduct, Burglary of a Structure, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |
| 5. | New Conviction for conduct, Petit Theft, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |
| 6. | New Conviction for conduct, Trespass, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |
| 7. | New Conviction for conduct, Petit Theft, occurring on February 14, 2008 while on supervision in violation of the conditions of supervision. | February 14, 2008 |

| | | |
|---|---|---|
| 8. | Failure to Submit Written Monthly Reports, in violation of condition 2 of the standard conditions of supervision. | January 5, 2008 |
| 9. | Failure to Report, in violation of condition 2 of the standard conditions of supervision. | December 21, 2007 |
| 10. | Failure to Follow the Instructions of the Probation Officer, in violation of condition 3 of the standard conditions of supervision. | December 21, 2007 |
| 11. | Failure to Work Regularly at a Lawful Occupation, in violation of condition 5 of the standard conditions of supervision. | February 14, 2008 |
| 12. | Failure to Notify Ten Days prior to any Change in Residence, in violation of condition 6 of the standard conditions of supervision. | December 5, 2007 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 18, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

June 22, 2009
Date

DEFENDANT: Von Eric Persinger
CASE NUMBER: 8:03-cr-345-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ***TWELVE (12) Months and One (1) Day, consecutive to the sentence imposed in Polk County Circuit Court, Docket Numbers CF08-001238-XX, CF08-001239-XX, CF08-001240-XX.***

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL